UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED _____ ENTERED
_____ LODGED _____

DEC 2 3 2002

RONALD PAUL, )
)
Plaintiff, )
)
v. ) Civil Action No. AMD-02-2641
)
SKY COURIER, INC., )
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the Plaintiff and Defendant herein, by their undersigned counsel, and stipulate to the dismissal of this cause with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). All parties will pay their own costs.

_____
Richard J. Hackerman
116 West University Parkway
Baltimore, Maryland 21210
(410) 243-8800

Attorney for the Plaintiff
Ronald Paul

APPROVED
[signature]
12/23/2002

_____
William F. Causey
Trial Bar No. 02253
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8724

Attorneys for Defendant,
Sky Courier, Inc.

Dated: December 19, 2002

W243041.1